IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL L. AYOTTE,<br><br>        Plaintiff,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>        Defendants. | Case Number 18-cv-2662 |

**DEFENDANT THE TORO COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant, THE TORO COMPANY, improperly sued as "THE TORO COMPANY, Individually and as Successor-in-Interest to WHEEL HORSE COMPANY", and also improperly sued as "THE TORO COMPANY, Individually and as Successor-in-Interest to REO MOTORS", (hereinafter "Toro"), by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

        Respectfully submitted,

        FOLEY & MANSFIELD, PLLP

        /s/ Jackie W. Miller
        Attorney for Defendant The Toro Company

Jackie W. Miller, #6230494
Meredith S. Hudgens, #629164
Amanda K. Bagley, #6292321
Foley & Mansfield, PLLP
55 West Monroe Street
Suite 3430
Chicago, IL  60603
Telephone:  (312) 254-3800

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed and served upon all counsel of record via the court's CM/ECF system this 19th day of April, 2018.

                                                    */s/ Brittany Goedken*